T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tel:  (702) 383-5088
Fax: (702) 385-5088

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. D'ERRICO,<br><br>Defendant. | CASE NO.:   2:11-cr-00376-JCM-RJJ |

**ORDER FOR DEFENDANT ROBERT E. D'ERRICO'S UNOPPOSED REQUEST FOR TRAVEL**

**IT IS HEREBY ORDERED** that Defendant ROBERT E. D'ERRICO'S Unopposed Request for Travel outside the state of Nevada to Cabo San Lucas for approximately five days, beginning on November 1, 2015 and returning November 6, 2015. is GRANTED.

DATED July 16, 2015.

_____
UNITED STATES DISTRICT JUDGE