Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Robert D'Errico**

Case Number: **2:11CR00376**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **March 19, 2014**

Original Offense: **Tax Evasion**

Original Sentence: **6 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 18, 2014**

## SUMMARY

Since his release from custody, the offender has complied with all conditions of supervision. He has completed the Court ordered six months Home Confinement with Electronic Monitoring and has paid the restitution ($158,076.00) in full. He is currently being supervised on a low risk caseload due to his compliance.

D'Errico has requested that he be allowed travel from September 3, 2015 until September 7, 2015, in order to visit his cousin, Ronald D'Errico, who resides at 55 Westwater Drive, Winnipeg, Manitoba, Canada.

The Probation Office has no objections to the offender's proposed travel and recommends that he be allowed to undertake this excursion.

Should the Court have any questions, please contact the undersigned at 702-527-7311

Respectfully submitted,

Eric Christiansen
2015.08.12 15:50:48
-07'00'

Eric Christiansen
United States Probation Officer

RE: Robert D'Errico

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

*[signature]* For  Todd J. Fredlund
2015.08.12 10:44:29
-07'00'

Nancy M. Boulton
Supervisory United States Probation Officer

*THE COURT ORDERS*

X     Requested Travel is Approved

☐     Requested Travel is Denied

☐     Other

*[signature]*
Signature of Judicial Officer

August 13, 2015
Date