UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-376 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| ROBERT E. D'ERRICO, | |
| Defendant(s). | |

Presently before the court is defendant Robert D'Errico's unopposed motion for early termination of supervised release. (ECF No. 48).

On November 18, 2013, defendant pled guilty to tax evasion in violation of 26 U.S.C. §7201. (ECF No. 40). He was sentenced to six months imprisonment, followed by six months home confinement, and then a thirty-six month term of supervised release. (*Id.*). Defendant began his term of supervised release on June 24, 2014. Since that time, defendant has been fully compliant with all the conditions of his supervised release and has paid his restitution in full.

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release after one year, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also* U.S.S.G. § 5D1.2 (providing further guidance regarding early termination of supervision).

Defendant has been on supervised release for nearly two years. Defendant states that his conduct on supervision has been positive and that he has not failed any drug tests nor had other issues during his term of supervision. He has fulfilled his court ordered financial obligations and

**James C. Mahan**
**U.S. District Judge**

has paid in full the $158, 219.35 restitution owed.  Defendant also represents that the government and probation do not oppose early termination of supervised release in this case. (ECF No. 48).

Considering the above-mentioned factors, the court finds good cause to grant defendant's motion.  Defendant has successfully completed almost two years of his supervised release term without issue, probation does not oppose the request, and the court finds no reason to continue defendant on supervised release.  Based on the standard above, supervised release will therefore be terminated.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for early termination of supervised release, (ECF No. 48), be, and the same hereby is, GRANTED.

DATED May 23, 2106.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -